DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES PAUL McCREADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:11-cr-00008 MJS |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS |
| v. | ) ) | CONFERENCE HEARING; [PROPOSED] ORDER |
| JAMES PAUL McCREADY, | ) ) | Date: December 7, 2011 |
| Defendant. | ) ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their

respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

November 15, 2011, **may be continued to December 7, 2011 at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense

preparation and plea negotiation.  The government does not object to this request.  The requested

continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: November 8, 2011            /s/ Susan St. Vincent
                                   SUSAN ST. VINCENT
                                   Acting Legal Officer
                                   National Park Service


                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: November 8, 2011            /s/ Melody M. Walcott
                                   MELODY M. WALCOTT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   James Paul McCready




                              ORDER


        The Court, having reviewed the above request for a continuance of the status conference currently

set for November 15, 2011 until December 7, 2011, HEREBY ORDERS AS FOLLOWS:

        The status conference in the above entitled matter shall be continued to December 7, 2011 at

        10:00 a.m., at the Yosemite Court.


IT IS SO ORDERED.

Dated:    November 9, 2011         /s/ Michael J. Seng
                                   UNITED STATES MAGISTRATE JUDGE

McCready - Stipulation to Continue
Status Conference and Order